UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SHAUNDELLE DIAL,

Case No. 17-cv-06500-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This case was opened as a civil rights action on November 8, 2017, when Plaintiff Shaundelle Dial, who is in custody at the United States Penitentiary in Atwater, filed a letter addressed to the Clerk of the Court requesting a "pre-indictment lawyer." Dkt. 1. That day, the Clerk notified Plaintiff that he had not filed a complaint or an application to proceed *in forma pauperis* ("IFP"). The Clerk also mailed to Plaintiff the Court's complaint and IFP forms and told him that he must complete these documents within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Any motion to reopen must contain a completed civil rights complaint form as well as a completed prisoner's IFP application

The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: January 23, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge